UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETT

EDWARD COLAMETA,  )
       Plintiff,  )
)
)
)
VS.  )
)    Civil Case No._____
)
HANK BAGROWSKI,  )
       Defendant.  )    Plaintiff Demand Trial
)    by Jury

CIVIL ACTION PURSUANT TO 28 U.S.C. §§ 1331,
1391, 1343(3) AND (4) AND 2201

Edward Colameta
Plaintiff, Pro Se

c/o FCI Ray Brook
P.O. Box 9008
Ray Brook, New York
12977-9008

Upon tha annexed documents, marked as Plaintiff Exhibit "A", Plaintiff filing this Civil Action against Defendant to recover damages and cost that caused by him and is now due to Plaintiff.

## PARTIES

Plaintiff:   Edward Colameta

C/O FCI Ray Brook
P.O. Box 9008
Ray Brook, New York 12977-9008


Defendant:   Hank Bagrowski

668 Main Street*
Willington, MA 02155


* Plaintiff will update the current address for Defendant upon verification of such address.


## STATEMENT OF FACTS

On or about January 21, 2004, I, the Plaintiff contacted Defendant Hank Bagrowski for a business transaction and to employ him to build a custom van, and he charged me $2,800.00, as an intial payment to a total payment of $8,500.00, all communication was established [on line] through the internet.

- 2 -

Defendant Hank Bagrowski, has disappeard with the intial sum of $2,800.00, and he requested additional payment without fulfiling his obligation toward Plintiff in Good Faith.

In contrary, Defendant has showed a Bad Faith, and all he interested in was additional payment in the way to <u>defraud</u> and deceive Plaintiff.

Defendant failed to meet with his obligation toward Plaintiff, which lead Plaintiff to believe that Defendant is in the Business to defraud the general public by using the <u>internet</u> and the wire transfer using <u>PAY PAL</u> system.

## CONCLUSION

[W]herfore, Plaintiff seek a Judgment against Defendant in the amount of $87,000.00, for punitive damages plus cost.

Plaintiff hereby decalre under penalty of perjury that the above statement are true, correct and complete.

Executed On   August 23, 2004

Respectfully submitted

Edward Colameta
Plaintiff, Pro Se

- 3 -

**MAIL**       Service Center

Signed in as: erc9454
Mailbox: erc9454 on Comcast
Current Folder: INBOX

Message: 4 of 8

Get Email / Message List / Compose / Folders / Address / Mailboxes / Options

reply | reply to all | forward | delete | report as spam | previous
e-mail source | printable view

From: Hank <hbagrowski@yahoo.com> [ **Save address** ]
To: Eddie Colameta <erc9454@comcast.net>
Subject: Re: Mystery Machine Van
Date: Wed, 21 Jan 2004 19:17:23 -0800 (PST)

Hi Eddie,

I'm actually building another one right now.   ( ~gotta love cruising around in The Mystery Machine )  http://www.nmemfg.com/76ChevyVan/shortyvan.htm  It's going to be SICK !   I already ha of the parts to finish it up and like everything else I build for myself I guess it's for sale.    I s( last one for $15,000.00     This one should be around the same price.

Let me know if you're interested...

-Hank / Hank Bagrowski Customs


*Eddie Colameta <erc9454@comcast.net> wrote:*

> HI I WAS WONDERING IF YOU HAVE ANY MORE SCOOBY VANS? IM IN MASS. AND I WAS WONDERING ABOUT HOW MUCH SHOUKLD I EXPECT TO PAY?
>
> THANKS FOR YOUR HELP
> EDDIE


Do you Yahoo!?
Yahoo! SiteBuilder - Free web site building tool. Try it!

reply | reply to all | forward | delete | report as spam | previous
e-mail source | printable view

# MAIL

**Service Center**

Signed in as: erc9454
Mailbox: erc9454 on Comcast
Current Folder: INBOX

Message: 3 of 8

Get Email  /  Message List  /  Compose  /  Folders  /  Address  /  Mailboxes  /  Options

| reply | reply to all | forward | delete | report as spam | previous |

| e-mail source | printable view |

**From:** Hank <hbagrowski@yahoo.com>  [ Save address ]
**To:** ERC9454@comcast.net
**Subject:** Re: Mystery Machine Van
**Date:** Thu, 22 Jan 2004 06:29:31 -0800 (PST)

Hi,
We are doing the build of the Mystery Machine II as an online tech article / how-to so custom can see step by step how cool projects become rolling works of art.

If you'd like to buy it, i would take a 1/3 deposit and also mention you as the owner who commissioned the project.   My site gets around 4,000 hits a day and the projects get a lot interest from people all over the world.

The completion date on the van is expected to be April 1, 2004

As far as converting an Astro van to look similar to The Mystery Machine, it would have to be panel van (no windows in the rear quarters or side door) We could fabricate panels to remov glass.

The estimated cost to do the entire project to your vehicle would be around $10,000 - $12,5(

That would include:
All custom fabrication, bodywork, prep, tri coat urethane paint job, all graphics, wet sanded & to a show quality finish.
Custom roof racks like the original mystery machine & spare tire mounted to the front bumpe

I'd like to see the Astro van you have to give me some idea of how much work the van itself so if you could email over some pics that would be helpful.   Otherwise we could arrange to  the lot so I can check it out.

-Hank / Hank Bagrowski Customs

**ERC9454@comcast.net** wrote:

# MAIL

**Service Center**

Signed in as: erc9454
Mailbox: erc9454 on Comcast
Current Folder: INBOX

Message: 2 of 8

Get Email / Message List / Compose / Folders / Address / Mailboxes / Options

| reply | reply to all | forward | delete | report as spam | | previous |
| e-mail source | printable view |

**From:** Hank <hbagrowski@yahoo.com>  [ Save address ]
**To:** erc9454@comcast.net
**Subject:** Re: Mystery Machine Van
**Date:** Thu, 22 Jan 2004 17:56:55 -0800 (PST)

Hi Eddie,
The best I could do on the new project is around $8,500.00 as I have already spent quite a b
time & money on it.  The design plan on the van was to do something you never see on a cu
rather than narrow the rearend to tub it I designed a custom body which I already made temp
for that would widen the body by 16" overall.  The front suspension would also be modified v
D.O.M. Tubular control arms and Chassis Tech Drop Spindles.  Although we could do some
simple to the van I'd much rather go a little wild on it and put out a one of a kind ride.

   I think people are getting a little itchy for the warm weather because the projects are comi
of the woodwork.    I just got commissioned to do a 8' Stretch Limo Jeep today.  People hav
do some crazy stuff...   Gotta love it !

We can work something out I'm sure.

-Hank / Hank Bagrowski Customs

**erc9454@comcast.net** wrote:

> how much can i buy your new van for? cash!!!! in hand. please do me right, i am always
> looking to do crazy things, i have a titan motocycle i would also like to invest in. so please
> give me your best deal.. and if you need a car or truck or even a van for your new invention
> i go to auctions 4 times a week so we can buy this stuff dirt cheap.. i will take you to the
> auction and you can get what you want, at my price . so let me know.. thanks
> eddie

Do you Yahoo!?
Yahoo! SiteBuilder - Free web site building tool. Try it!

http://mailcenter.comcast.net/wmc/v/wm/18f2?cmd=Show&no=7&uid=10085&sid=c0        1/22/04

# MAIL

**Service Center**

Signed in as: erc9454
Mailbox: erc9454 on Comcast
Current Folder: INBOX

Message: 5 of 10

Get Email / Message List / Compose / Folders / Address / Mailboxes / Options

reply | reply to all | forward | delete | report as spam | previous
e-mail source | printable view

**From:** Hank <hbagrowski@yahoo.com> [ Save address ]
**To:** ERC9454@comcast.net
**Subject:** Re: Mystery Machine Van Project DAY 1
**Date:** Wed, 18 Feb 2004 13:26:04 -0800 (PST)

The vendors are slowing me down in a big way with the wait time to get parts but i'm trying t‹ the best of my time on the van.   I'll hook you up with some banner space. No charge...   Le know what you want the banner to say and i'll put it up on the site.

Any luck finding a truck yet ?    Mine had a small FIRE !   It's not junk but I think it's time for get another one.

-Hank

P.S.   The rear quarters are SICK !    I'm making the upper half of the panel dimensional.   T will be nothing like it on the street...

*ERC9454@comcast.net* wrote:

> HANK I WANTED TO KNOW ABOUT RENTING BANNER SPACE ON YOUR SITE.. AND THE STATUS OF THE VAN..

Do you Yahoo!?
Yahoo! Mail SpamGuard - Read only the mail you want.

reply | reply to all | forward | delete | report as spam | previous
e-mail source | printable view

Get Email | Message List | Compose | Folders | Address | Mailboxes | Options
Help | Sign Out | Comcast Home

Privacy Statement  Terms of Service  Contact Comcast

© 2003 Comcast Cable Communications, Inc All ri

# MAIL

**Service Center**

Signed in as: erc9454
Mailbox: erc9454 on Comcast
Current Folder: INBOX

Message: 4 of 10

Get Email  /  Message List  /  Compose  /  Folders  /  Address  /  Mailboxes  /  Options

| reply | reply to all | forward | delete | report as spam | previous |
| e-mail source | printable view |

**From:** Hank <hbagrowski@yahoo.com>  [ **Save address** ]
**To:** erc9454@comcast.net
**Subject:** Re: Mystery Machine Van Project DAY 1
**Date:** Sat, 21 Feb 2004 06:13:16 -0800 (PST)

I'm working my ass off on it but projects like this usually take 2 - 3 months to complete.   It w
take that long but it looks like the fabrication and bodywork will be done on time but i'll need
time on the final prep & paint.    I have been working on the interior panels for the past few c
The big thing I am waiting on is the custom made rear wheels from Stockton Wheel so I can
up the rear quarters.   The metal work is pretty extensive and you'll be amazed at what I hav
done.   The new fenders & doors came in on thursday.    I also ordered a new windshield s
locking strip as well as the door handle & lock gaskets.   ( I always replace the dried out
weatherstripping )

Although it might take a little longer you'll have the sickest ride out there when it's done.
This van project has a personal meaning to me as I am building it the way I wanted it for my:
which is definitely over the top so I'm not taking any shortcuts just to make a deadline.   I'd
have it finish late and put out the best quality product I can produce.
There will be new pics of the fabrication & welding work on Monday.   The rear quarters I an
forming are similar to these> http://www.nmemfg.com/gallery4.htm

That's the artist in me...
-Hank

P.S.
I put the banner together for you and it's on the site.
http://www.nmemfg.com

***erc9454@comcast.net*** wrote:

| hank i take it the van is no where to be done in 11 days..

**MAIL**                                                                 Service Center

Signed in as: erc9454
Mailbox: erc9454 on Comcast                    Message: 1 of 10
Current Folder: INBOX

Get Email  /  Message List  /  Compose  /  Folders  /  Address  /  Mailboxes  /  Options

[reply] [reply to all] [forward] [delete] [report as spam]                [previous]
[e-mail source] [printable view]

From: Hank <hbagrowski@yahoo.com>  [ **Save address** ]
To: erc9454@comcast.net
Subject: Mystery Machine II
Date: Fri, 5 Mar 2004 04:55:23 -0800 (PST)

Hi Eddie,

We're moving along nicely here.    I'll be wrapping up the fabrication in the next few days.  T
wheels are finally in route to the shop from California ( Stocton Wheel )

I ordered a bunch of stuff for the van and I'm ready for the next payment from you.

I would like you to come up and see the van as soon as i'm finished with the fabrication so w
discuss the interior stuff.   All of the main panels are made already, I even made door pock
I did on the first van.

You can send the next payment of $2,800.00 to: sales@nmemfg.com

I'll put some interior panel pictures on the site tonight when I get home.

-Hank
978-590-4617

-------------------------------------------------------------------------------

**erc9454@comcast.net** wrote:

hank at what point can we go over the int. ideas i had? as we spoke before the tv's and the
neon lights in the int., and the wireing for a small stero system. also i wanted the rear seat
face the rear quarter like i mention before.

thanks so much hope every thing is going great. cant wait!



Previous Page | Contact

PARTS LIST FOR MYSTERY MACHINE 2 "SD GOES CUSTOM" by Hank Bagrowski Cust

Picture this... A lowered, flared, pro street Mystery Machine ! THAT'S WHAT WE'RE BUILD



I'll add a full detailed list as we go on this project.

| PART DESCRIPTION | PART NUMBER | VENDOR |
|---|---|---|
| 18 GA CRS Sheetmetal | n/a | Turner Steel |
| All body materials, paint supplies | n/a | Don Kennett Auto Body Su |
| All welding supplies | n/a | Merriam - Graves Inc |
| Powdercoating services | n/a | CVC Inc. |
| 15 x 14 w/ 7" r-s wheels | 'GMC RALLY' | Stockton Wheel WEBSITE |
| 15 x 8 r-s wheels | 'GMC RALLY' | Stockton Wheel WEBSITE |
| Mickey Thompson Sportsman Tires | 1562 | Jeg's High Performance W |
| Mickey Thompson Tubes | 9559 | Jeg's High Performance W |
| BFG Tires | n/a | BF Goodrich |
| Custom Lighting | n/a | Hank Bagrowski Custom |
| Misc. Parts ( brakes, tune up, etc. ) | n/a | Auto Parts Store |
| Hardware | n/a | O'Connor / Fastenal / McKi |
| Custom Fleece Interior | n/a | Hank Bagrowski Custom |
| Custom Exhaust W/ Flow Master's | n/a | R&D Custom Exhaust |
| Weatherstripping / OEM Parts | n/a | Dobles Chevrolet |
| Dropped Spindles | n/a | Chassis Tech |
| Rearend Flip Kit | n/a | Hank Bagrowski Custom |
| Custom Driveshaft | n/a | North Shore Axle |
| Front End Alignment | n/a | AAA Tire |

**BACK TO VAN BUILD PAGE**

http://www.nmemfg.com/76ChevyVan/partslist.htm                1/26/2004

From: Hank —                                                                    Page 1 of 1

From: **Hank <hbagrowski@yahoo.com>**
To: **erc9454@comcast.net**
Subject: **Re: Mystery Machine Van**
Date: **Thu, 22 Jan 2004 18:57:45 -0800 (PST)**

The van I'm working on has a stock LS-9 350 4bbl, HEI Ignition, with new: cap, rotor, plugs, wires, pcv valve, all vacuum lines & hoses replaced, new fuel pump (mechanical) rebuilt carb, Battery cables with double lug cable with sub power panel. new battery, B&M T-350 short tail tranny, custom balanced driveshaft by North Shore Axle in N. Reading, Ma. ( he does all of my driveshafts, AWESOME WORK ! )  2-1/2" dual exhaust with 2 chamber FlowMasters.
There won't be a stereo but I could install wiring & lighting prior to assembling the interior.  The interior color is the same as the other van which is a charcoal, almost black fleece with 1/2" padding on 1/4" luann with covered buttons.   I do have the rear seat but it would need to be reupholstered.  The carpet is also the same ( I bought enought to do both vans when I built the first one )

-Hank


*erc9454@comcast.net* wrote:

- WIRING FOR STEREO

NEON LIGHTS FOR Int.

## The Commonwealth of Massachusetts
## REGISTRY OF MOTOR VEHICLES
### CERTIFICATE OF TITLE

THE REGISTRAR OF MOTOR VEHICLES HEREBY CERTIFIES THAT AN APPLICATION FOR A CERTIFICATE OF TITLE HAS BEEN DULY FILED PURSUANT TO THE LAWS OF THE COMMONWEALTH OF MASSACHUSETTS.

| F 002089 | 12/31/75 | 03.2 | |
|---|---|---|---|
| 1976 | Chevrolet | Beauville | CG21306 Sportvan |
| 8  8  3 | CGL266U133394 | | NONE |

Robert Gaston
9 School Lane
Billerica, Mass.

NONE

THE REGISTRAR OF MOTOR VEHICLES CERTIFIES THAT, BASED ON THE STATEMENTS OF THE APPLICANT AND THE RECORDS ON FILE WITH THIS DEPARTMENT, THE APPLICANT NAMED HEREIN IS THE OWNER OF THE VEHICLE, AND SAID VEHICLE IS SUBJECT TO ANY LIENS ENUMERATED HEREIN.

Rowe Chevrolet, Inc.
33 Bedford St. Lexington, Mass. 02173

*Robert A. Parow*