UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EDWARD COLAMETA, )
)
)
Plaintiff, )
)
)
)
)
V. )
)
) CIVIL ACTION
) DOCKET No. 1:04-cv-11877
) (DPW)
HANK BAGROWSKI, )
)
)
Defendant. )

PLAINTIFF'S AFFIDAVIT IN SUPPORT
OF DEMONSTRATION OF GOOD CAUSE
AND INVOKE THE COURT SUBJECT-MATTER JURISDICTION
PURSUANT TO 28 USC § 1391

Edward Colameta
Plaintiff, Pro Se

c/o FCI Ray Brook
P.O. Box 9008
Ray Brook, New York
12977-9008

## FILING FEE

Plaintiff hereby declare that the filing fee for the-captured Civil Action HAS BEEN PAID IN FULL. The amount of $150.00, for the filing fee was paid by Plaintiff' family; whom reside within the jurisdiction of this Honorable Court.

## SUBJECT MATTER JURISDICTION

Upon the Memorandum and Order issued by the Honorable Judge Doglas P. Woodlock, USDJ, dated September 13, 2004, Plaintiff submitting this amendment to invoke the subject-matter Jurisdiction pursuant to 28 USC § 1391, where the Defendant reside within the Jurisdiction of this Honorable Court and all events occured within the District of Massachusetts.

## DMONSTRATION OF GOOD CAUSE

Plaintiff, in Good Faith, filed this Civil Action to recover the loss of his funds and prevent Defendant from continuous act of defraud any additional victims. Plaintiff was victimized by Defendant, where Defendant took possession of Plaintiff funds and refused to proform his duty nor returning Plaintiff's funds when requested.

The total of the <u>Punitive Damages</u> and other damages claimed herein; is calculated to be in the amount of $87,000.00 plus any cost will occur in this action.

The damages associated with the Defendant's action of harm cuased to Plaintiff has exceeded the amount paid to Defendant i.e. $2,800.00., Where defendant will be held accountable for his act of defraud and his BAD FAITH, the subject matter Jurisdiction of this Court has been established by Plaintiff where the amount that Plaintiff is entitled to will meet the amount required for jurisdictional threshold of $75,000.00.

Plaintiff, has sufferd from the Defendant's action of deceive and defraud and long lasting promises to fulful his duty; again and again, Defendant, in Bad Faith, has failed to respond to Plaintiff demand of a refund.

### CONCLUSION

ACCORDINGLY, Plaintiff, in GOOD FAITH, request that this Honorable Court not to dismiss this action and to help Plaintiff recover his damages caused by Defendant, and to prevent Defendant from any additional act of fraud to the general public.

I DECLARE under penalty of purjury that the above statements are true and correct.
Executed on October 9, 2004.

Respectfully submitted

Edward Colameta,
Plaintiff, Pro Se