cannot meet this jurisdictional threshold.

In Massachusetts, punitive damages are not available under common law for his claims, and even if Colameta could bring a fraud claim under Chapter 93A, the most he could receive would be treble his alleged actual damages ($2,800).

In New York, punitive damages also are not available for contract claims, and if available for fraud, must involve particularly egregious facts implicating a public interest. That is not what is involved here even under a generous reading of the facts.

Accordingly, for the reasons set forth herein and those previously set forth in the Memorandum and Order of September 13, 2004, I find plaintiff has failed to demonstrate good cause why this case should not be dismissed, and it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

/s/Douglas P. Woodlock
Douglas P. Woodlock
United States District Judge

Dated:   October 29, 2004