Edward Colameta
FCI Raybrook
PO Box 9008
Raybrook, NY 12977

United States District Court
Office of The Clerk
1 Courthouse Way Suite 2300
Boston, MA. 02210

11-23-04

RE: Civil Action Case No. 04-11877-DPW

Dear Clerk of Courts,

On 8-30-04 I filed a Civil action suit with your office. I have paid the fee to your court and I had a court date on 10-25-04. I am a Federal inmate at FCI Raybrook. I am writing to check status of my civil suit. I am Pro Se in this matter, can you please notify me with the status of this case.

Thankyou for you time

Edward Colameta
Pro Se

Send info to:
Edward Colameta
FCI Raybrook
PO Box 9008
Raybrook NY 12977