Edward Colameta
Reg. No. 24625-038
FCI Ray Brook
Ray Brook, New York 12977

December 2, 2004

Court Clerk
US District Court
1 Courthouse Way
Suite 2300
Boston, MA 02210

Via Certified Mail No.

Re: 1:04-CV-11877-DPW

Dear Sir or Madam:

    Please accept this letter as a request for a refund to the amount of the filling fee, i.e. $150.00.

    I understand that the above-referenced case was dismissed by this Court. Nevertheless, I did not receive any notification of such dismiss.

    Please make the check payable to my home address: 100 Trueman Drive, MA 02148, to my name Edward Colameta.

Thank you,

Truly yours,

Edward Colameta